UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES PHILLIP COOPER,

                Petitioner,                No. 08-CV-11839

vs.                                    Hon. Gerald E. Rosen

CAROL R. HOWES,

                Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
DISMISSING PLAINTIFF'S HABEAS CORPUS ACTION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____ June 25, 2010 _____

PRESENT:  Honorable Gerald E. Rosen
                  Chief Judge, United States District Court

This matter having come before the Court on the May 17, 2010 Report and

Recommendation of United States Magistrate Judge Paul J. Komives recommending that the

Court deny Plaintiff's petition for a writ of habeas corpus and that this case, accordingly, be

dismissed; and no timely objections to the Magistrate Judge's Report and Recommendation

having been filed; and the Court having reviewed the Magistrate Judge's Report and

Recommendation and the Court's file of this action and having concluded that, for the

reasons stated in the Report and Recommendation, Plaintiff's petition for habeas corpus relief

should be denied; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report

and Recommendation of May 17, 2010 **[Dkt. # 11]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's petition for habeas corpus relief **Dkt. # 1]** be, and hereby is **DENIED** and the above-captioned case, therefore, is **DISMISSED**.  As also recommended by the Magistrate Judge,

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED.**

IT IS FURTHER ORDERED that leave to appeal *in forma pauperis* is **DENIED**.


s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: June 25, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 26, 2010, by electronic mail and upon James Cooper, #326217, Florence Crane Correctional Facility (ACF). 38th Fourth Street, Coldwater, Michigan, 39036 by ordinary mail.

s/Ruth A. Gunther
Case Manager